JOHN-ANDERSON L. MEYER   8541
G. KIKAHA CHEE                    11455

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI  96813
Telephone:  808 524-1800
Facsimile:   808 524-4591
Email:  anderson.meyer@dentons.com
            kikaha.chee@dentons.com

Attorneys for Defendant
LONGS DRUG STORES CALIFORNIA, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JOHN KAIWI and JAZLYN KAIWI,<br><br>Plaintiffs,<br><br>vs.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C. and DOE DEFENDANTS 1-100,<br><br>Defendants. | Case No. 1:21-cv-00466-DKW-KJM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER**<br><br><br><br>Judge:  Hon. Judge Derrick K. Watson |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the parties hereto, through their respective counsel, that this action be and is hereby dismissed with prejudice. All claims and parties are dismissed. Each party shall bear their own costs and attorneys' fees. No other claims, parties, or issues remain in this action. All parties who have appeared in this action have signed this Stipulation.

DATED: Honolulu, Hawai`i, November 28, 2022.

| | |
|---|---|
| /s/ David K. Ahuna | /s/ John-Anderson L. Meyer |
| JOSEPH P.H. AHUNA, JR.<br>DAVID K. AHUNA | JOHN-ANDERSON L. MEYER<br>G. KIKAHA CHEE |
| Attorneys for Plaintiffs<br>JOHN KAIWI and JAZLYN KAIWI | Attorneys for Defendant<br>LONGS DRUGS STORES CALIFORNIA, L.L.C. |

APPROVED AND SO ORDERED:

DATED: November 28, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

---

*John Kaiwi, et al. v. Longs Drug Stores California, L.L.C., et al.*; United States District Court, District of Hawai`i; Case No. 1:21-cv-00466-DKW-KJM; **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER**